# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 253 EAL 2014
:
                Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.                  :
:
:
:
THEODORE MAXWELL,       :
:
                Petitioner       :


## ORDER


**PER CURIAM**

    **AND NOW**, this 12th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.